```
                            United States Bankruptcy Court
                             Central District of California
In re:                                                              Case No. 14-15458-VZ
Abel Abramyan                                                       Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0973-2          User: LynnlC              Page 1 of 2              Date Rcvd: Apr 18, 2014
                              Form ID: ustabus1         Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2014.
db             Abel Abramyan,    250 W Stocker St Apt 207,    Glendale, CA 91202-3457
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
35066827      +Adventist Health,    1509 Wilson Terrace,    Glendale, CA 91206-4007
35066826      +Adventist Health,    2975 N Sycamore Drive,    Simi Valley, CA 93065-1201
35018057      +Bank Of Aemrica,    Po Box 982235,    El Paso, TX 79998-2235
35018058      +Bloomingdale/Dsnb,    Po Box 8218,    Mason, OH 45040-8218
35018059       Brighton Hushing-Kline,    4301 Second Wind Way Ste 110,    Paso Robles, CA 93446-6304
35018062      +Chase,    22950 Towngate Blvd,    Moreno Valley, CA 92553-5269
35018063      +Cir Law Offices Llp,    8665 Gibbs Dr Ste 150,    San Diego, CA 92123-1739
35018064       Citi Cards/ Citi Bank,    PO Box 6497,    Sharpsburg, MD 21782
35018065       Clarient,    Box 748188,    Los Angeles, CA 90074-8188
35018067      +Dsnb American Express,    Po Box 8218,    Mason, OH 45040-8218
35018068       Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
35018069      +Experian,    NCAC,    PO Box 9556,    Allen, TX 75013
35018070       Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
35018076      +Greater California Finance,    Po Box 3470,    Paso Robles, CA 93447-3470
35018079       HSBC/Best Buy,    PO Box 30253,    Salt Lake City, UT 84130-0253
35018077      +Home Depot/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
35018078       Hsbc Saks Fifth Ave.,    PO Box 5253,    Carol Stream, IL 60197-5253
35018081       Los Angeles County Tax Collector,    225 N Hill St Rm 122,    Los Angeles, CA 90012-3253
35018082      +Mandarich Law Group,    6301 Owensmouth Ave Ste 850,    Woodland Hills, CA 91367-2271
35018083       Nissan-Infiniti,    PO Box 660366,    Dallas, TX 75266-0366
35066829      +Parker Valley Emerg Phys Med Grp,    Po Box 22040,    Long Beach, CA 90801-5040
35018085      +San Diego County Sheriff,    220 W Broadway # 1004,    San Diego, CA 92101-3877
35018087      +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
35018088       Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-0000
35018089     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     1200 Energy Park D,    Saint Paul, MN 55108)
35018090      +USC Verdugo Hills Hosp,    ATTN: Business Office,    1812 Verdugo Blvd,    Glendale, CA 91208-1409
35018091       Wells Fargo,    PO Box 3117,    Winston Salem, NC 27102-3117
35018092      +Wells Fargo,    Legal Order Processing,    Po Box 29779,    Phoenix, AZ 85038-9779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: itcdbg@edd.ca.gov Apr 19 2014 01:00:49      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 19 2014 01:01:24      Franchise Tax Board,
                 Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA 95812-2952
35018056       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 19 2014 01:00:59      American Honda Finance,
                 6261 Katella Ave Ste 1a,    Cypress, CA 90630
35018061       E-mail/Text: ebn@squaretwofinancial.com Apr 19 2014 01:01:17      Cach LLC/Collect America,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3408
35018060      +E-mail/Text: ebn@squaretwofinancial.com Apr 19 2014 01:01:17      Cach Llc,
                 4340 S Monaco 2nd Flr`,    Denver, CO 80237-3408
35018066       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2014 07:27:00      Discover Financial,
                 PO Box 15316,    Wilmington, DE 19850-5316
35018071       E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 19 2014 01:01:24      Franchise Tax Board,
                 Personal Bankruptcy MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
35018072      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 01:11:28      Gecrb/Care Credit,    Po Box 965036,
                 Orlando, FL 32896-5036
35018073      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 01:13:04      Gecrb/Ge Capital Luxury,
                 Po Box 965036,    Orlando, FL 32896-5036
35018074      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 01:13:04      Gecrb/Home Design Nahfa,
                 Po Box 965036,    Orlando, FL 32896-5036
35018075       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2014 01:12:40      Gecrb/Lowes,    Box 965005,
                 Orlando, FL 32896-5005
35018080       E-mail/Text: cio.bncmail@irs.gov Apr 19 2014 01:00:40      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
35018084       E-mail/Text: bkdepartment@rtresolutions.com Apr 19 2014 01:01:08      Real Time Resolutions,
                 1750 Regal Row Ste N,    Dallas, TX 75235-2289
35018086       E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 19 2014 01:01:24      State Of California,
                 Board Of Equalization,    PO Box 942879,    Sacramento, CA 94279-0001
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
35066828*     +Cir Law Offices Llp,    8665 Gibbs Dr Ste 150,    San Diego, CA 92123-1739
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-2          User: LynnlC              Page 2 of 2              Date Rcvd: Apr 18, 2014
                              Form ID: ustabus1         Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2014 at the address(es) listed below:
              Peter J Mastan   (TR)    pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
              Tyson   Takeuchi    on behalf of Debtor Abel  Abramyan albert@tysonfirm.com,
               tysoncourtnotices@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**  
Abel Abramyan  
**SSN:** xxx–xx–5873  
**EIN:** N/A  
aka Tony's Deli  

250 W Stocker St Apt 207  
Glendale, CA 91202–3457  

**BANKRUPTCY NO.** 2:14–bk–15458–VZ  
**CHAPTER** 7  

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: April 18, 2014

For the Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form rev. 07/06) abusecac1

**7 / KMTr**